United States District Court
Southern District of Texas
**ENTERED**
January 12, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DAVID MAURICE JACKSON, (TDCJ–CID #2233617) | § § § | CIVIL ACTION NO 23-cv-0008 |
| Plaintiff, | § | |
| | § | |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| DETENTION OFFICER WALLER, | § § | |
| Defendant. | § | |

**ORDER OF DISMISSAL**

This civil action is DISMISSED WITHOUT PREJUDICE for the reasons stated in the Memorandum on Dismissal entered this same day.

The case will be reinstated if Jackson pays the $402 filing fee within thirty days of the entry of this Order.

SO ORDERED.

Signed on ___January 12, 2023___, at Houston, Texas.

Hon. Charles Eskridge
United States District Judge